**Emma Carus, appellant, v. City of Chicago, appellee. Gen. No. 28,451.**

Charge of disorderly conduct. Defendant held guilty. Consolidated with No. 28,452, post. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

David D. Stansbury, for appellant; Max Haleff, of counsel. Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**J. Walter Leopold, appellant, v. City of Chicago, appellee. Gen. No. 28,452.**

Charge of disorderly conduct. Defendant held guilty. Consolidated with No. 28,451, ante. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

David D. Stansbury, for appellant; Max Haleff, of counsel. Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Lenna Kulwin, appellee, v. F. W. Harsh, Jr., et al., appellants. Gen. No. 28,501.**

Forcible entry and detainer for possession of apartment building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Ellis & Westbrooks, George W. Blackwell, Harris B. Gaines, James S. Winfrey, W. Chester Kitchen and Franklin A. Lovelace, for appellants; Richard E. Westbrooks, of counsel. H. J. Rosenberg, for appellee; Abraham Miller, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**F. S. Kunkel, appellant, v. C. Parelius, appellee. Gen. No. 28,510.**

Action on note. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Monahan & Monahan, for appellant. Barre Blumenthal, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Hattie Boucek, appellee, v. Frank Boucek, appellant. Gen. No. 28,516.**

Commitment for nonpayment of money due under separate maintenance decree. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed. Opinion filed December 10, 1923.

Joseph J. Kroupa, for appellant. Frank M. Padden, for appellee.

Mr. Justice Johnston delivered the opinion of the court.